

1515 S. Federal Hwy, Suite 404 | Boca Raton FL 33432
Tel 561.447.8888 | Fax 561.447.8831
HelpingWorkers.com

Wednesday, May 21, 2014

**VIA E-MAIL –** mjbeutler@duanemorris.com

Mark J. Beutler
Duane Morris, LLP
Suite 3400
200 South Biscayne Boulevard
Miami, Florida 33131

**Re:** **American Sales and Management Organization, LLC**

Dear Mr. Beutler:

     Our firm has been retained by approximately thirty current and former employees of American Sales and Management Organization, LLC for wage and hour issues. We have been informed by one of our clients that the general manager of the Miami location, Livan Acosta, has been contacting our clients to discuss our representation. Please advise Mr. Acosta to refrain from any further communications, directly or indirectly, with our clients regarding this matter, and to direct all communications to my office, or that of my co-counsel, Jaffe Glenn Law Group, P.A.

     If you wish to discuss this matter further, please let me know. Otherwise, we will be in touch shortly to discuss their claims.

                                          Sincerely,

                                        *Camar R. Jones*

                                        Camar R. Jones, Esquire