UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24245-CIV-SCOLA/OTAZO-REYES

ISMAEL RODRIGUEZ DIAZ, AMAURY GONZALEZ, YANARIS PENA, LIENG UN REY, OSMAR RODRIGUEZ, JOSE E. MORA YERA, CARLOS ZELAYA, PEDRO PABLO GALINDO GUTIEREZ, PEDRO LANTIGUA GOMEZ, JOSE LUIS CABALLERO, FERNANDO AGUILA, JOSE ALBERTO RAUDALES and all others similarly situated under 29 U.S.C. 216(B),

    Plaintiffs,

vs.

AMERICAN SALES AND MANAGEMENT ORGANIZATION, LLC a Florida limited liability company, EULEN AMERICA, INC., and LIVAN ACOSTA

    Defendants

_____

**UNOPPOSED MOTION TO EXPAND THE TIME FOR DISCOVERY DEADLINE AND SUMMARY JUDGMENT FILING**

  Plaintiffs, ISMAEL RODRIGUEZ DIAZ, AMAURY GONZALEZ, YANARIS PENA, LIENG UN REY, OSMAR RODRIGUEZ, JOSE E. MORA YERA, CARLOS ZELAYA, PEDRO PABLO GALINDO GUTIEREZ, PEDRO LANTIGUA GOMEZ, JOSE LUIS CABALLERO, FERNANDO AGUILA, JOSE ALBERTO RAUDALES   and through undersigned counsel, and pursuant to Rule 6(b)(1)(a), of the Federal Rules of Civil Procedure

and Local Rule 7.1(a)91)(J) of the Southern District of Florida, hereby respectfully requests the Court to extend the Discovery and Dispositive motions date to May 24, 2015. In support of good cause, Plaintiffs state as follows:

1. On November 10, 2014 Plaintiffs ISMAEL RODRIGUEZ DIAZ, AMAURY GONZALEZ, YANARIS PENA, LIENG UN REY, OSMAR RODRIGUEZ, JOSE E. MORA YERA, CARLOS ZELAYA, PEDRO PABLO GALINDO GUTIEREZ, PEDRO LANTIGUA GOMEZ, JOSE LUIS CABALLERO, FERNANDO AGUILA, JOSE ALBERTO RAUDALES ("Plaintiffs" ) instituted this Fair Labor Employment Act wage and overtime claim against Defendants American Sales and Management Organization, LLC, Eulen America, Inc. and Livan Acosta ("Employers" or "Defendants" ), with respect to wage and overtime violations.

2. That trial for this matter is set for September 8, 2015

3. While the instant motion does not affect the trial date, Plaintiffs seek modification of dates in the scheduling order.

4. The current Discovery completion time limit is set for April 24, 2015. Plaintiff seeks to expand the discovery for one additional month to May 24, 2015.

5. Since this proposed new date would fall on a date beyond the filing of any dispositive motions, Plaintiffs move the Court to extend the time to change the imposed cut-off for dispositive motions to the same date of May 24, 2015.

6. There are no other dates in the trial order which would be affected.

7. Plaintiffs have been diligently making efforts towards scheduling mediations and depositions, however, given the amount of parties involved in this lawsuit and both sides'

counsels' professional obligations in other cases and the Parties desire to avoid filing discovery motions as must as possible, Plaintiff for good cause is moving the Court to enlarge the time to complete discovery and file dispositive motions.

8.  The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action.

9.  Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiffs respectfully requests entry of an Order extending the time within which to extend the discovery and dispositive motions deadline to May 24, 2015, and granting such other relief as is just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel has conferred with Nicole Wall, counsel for Plaintiff American Sales, who advised that he does not oppose the relief sought.

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, I electronically filed the foregoing Unopposed Motion to Enlarge time with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

__/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141

Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com
Attorney for Plaintiff

## SERVICE LIST

Nicole Wall, Esquire
Cole Scott & Kisane
1645 Palm Beach Lakes Blvd, 2nd Floor
West Palm Beach, FL 33401
Nicole.Wall@csklegal.com
Tel: 561.383.9236
Fax: 561.683.8977
Attorney for Defendants
American Sales and Management