THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24245-CIV-SCOLA/OTAZO-REYES

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E. MORA
YEAR, CARLOS ZELAYA, PEDRO PABLO
GALINDO GUTIEREZ, PEDRO LANTIGUA
GOMEZ, JOSE LUIS CABALLERO, FERNANDO
AGUILA, and JOSE ALBERTO RAUDALES,

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC., EULEN AMERICA,
INC., and LIVAN ACOSTA,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiffs Ismael Rodriguez Diaz, Amaury Gonzalez, Yanaris Pena, Lieng Un Rey, Osmar Rodriguez, Jose E. Mora Year, Carlos Zelaya, Pedro Pablo Galindo Gutierez, Pedro Lantigua Gomez, Jose Luis Caballero, Fernando Aguila, and Jose Alberto Raudales' (collectively, "Plaintiffs") Motion for an Order Compelling Gregg Shavitz ("Shavitz") and Camar Jones ("Jones") to Comply with Subpoena Duces Tecum (hereafter, "Motion to Compel Shavitz and Jones") [D.E. 36]; Defendants American Sales and Management Organization, LLC, Eulen America, Inc., and Livan Acosta's (collectively, "Defendants") Motion for Judicial Determination of Limited Waiver of Attorney-Client Privilege (hereafter, "Motion for Judicial Determination") [D.E. 38]; and Defendants' Motion for Protective Order Regarding Depositions of Luis Rodriguez and Brent Blake (hereafter, "Motion for Protective Order") [D.E. 39]. These matters were referred to the undersigned pursuant to 28

U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 5]. The undersigned held a hearing on these matters on May 13, 2015. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion to Compel Shavitz and Jones [D.E. 36] is GRANTED IN PART. The depositions of Shavitz and Jones shall take place at the Shavitz Law Group offices in Boca Raton, on a mutually agreed upon date prior to the close of discovery.[1] The deposition of Shavitz shall be limited to communications from May 1, 2014 through September 30, 2014 with counsel for Defendants regarding the overtime pay claims of the Plaintiffs against Defendants. The deposition of Jones shall be limited to communications, limited to Plaintiffs, between the Shavitz Law Group and counsel for Defendants regarding: arbitration agreements; termination of Defendants' employees for not signing the agreements; and dates of communications of demands for overtime pay. It is further

ORDERED AND ADJUDGED that Defendants' Motion for Judicial Determination [D.E. 38] and Motion for Protective Order [D.E. 39] are DENIED without prejudice. The parties shall schedule the depositions of Luis Rodriguez, Brent Blake, and Mark Beutler during the week of May 18, 2015 at a time when the undersigned will be available to rule on specific attorney-client privilege objections.

DONE AND ORDERED in Chambers at Miami, Florida this 13th day of May, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
    Counsel of Record

---

[1] The Shavitz Law Group represents Plaintiffs and other individuals with regard to claims for overtime pay against Defendants.