UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24245-RNS

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E.
MORA YERA, CARLOS ZELAYA, PEDRO
PABLO GALINDO GUTIEREZ, PEDRO
LANTIGUA GOMEZ, JOSE LUIS
CABALLERO, FERNANDO AGUILA, JOSE
ALBERTO RAUDALES, and all others
similarly-situated Under 29 U.S.C. 216(B),

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida limited
liability company, EULEN AMERICA, INC.,
and LIVAN ACOSTA,

    Defendants.
_____/

**DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24245-RNS

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E.
MORA YERA, CARLOS ZELAYA, PEDRO
PABLO GALINDO GUTIEREZ, PEDRO
LANTIGUA GOMEZ, JOSE LUIS
CABALLERO, FERNANDO AGUILA, JOSE
ALBERTO RAUDALES, and all others
similarly-situated Under 29 U.S.C. 216(B),

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida limited
liability company, EULEN AMERICA, INC.,
and LIVAN ACOSTA,

    Defendants.
_____/

## AFFIDAVIT OF NICOLE WALL

BEFORE ME, the undersigned authority appeared NICOLE WALL, who after being duly sworn deposes and says:

1. I, NICOLE WALL, am over eighteen (18) years of age and am under no legal disability.

2. I have personal knowledge of the statements made herein.

3. I am, and at all times material was, an attorney licensed to practice law in the state of Florida.

4. I am, and at all times material was, employed as a partner by Cole, Scott, & Kissane, P.A.

5. I am, and at all times material was, the partner in my firm responsible for representing Defendants, American Sales and Management Organization, LLC, Eulen America, Inc., and Livan Acosta in connection with the above-captioned matter and handling the defense of the subject case.

6. I am expected to deliver a baby on September 10, 2015.

7. I plan to be on maternity leave from early September of 2015 through early January 2016.

8. The trial period for the above-captioned case falls during my maternity leave.

FURTHER AFFIANT SAYETH NAUGHT

*Nicole Wall*
NICOLE WALL

STATE OF FLORIDA          )
                          ) ss.
COUNTY OF Palm Beach      )

BEFORE ME, the undersigned authority, personally appeared NICOLE WALL, who being first duly sworn according to law, deposes and says that she executed the foregoing Affidavit and that the representations therein are true and correct to the best of her knowledge and belief.

SWORN TO and SUBSCRIBED TO before me on this 14th day of May, 2015.

Individual Personally Known  ✓
or
Individual Produced Identification  _____

Type and Number of Identification Produced _____

Notary Public,
State of Florida at Large

My Commission expires:

[Notary Seal: A. JANE FORD, MY COMMISSION EXPIRES April 1, 2016, #EE 185415, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]