UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24245-RNS

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E.
MORA YERA, CARLOS ZELAYA, PEDRO
PABLO GALINDO GUTIEREZ, PEDRO
LANTIGUA GOMEZ, JOSE LUIS
CABALLERO, FERNANDO AGUILA, JOSE
ALBERTO RAUDALES, and all others
similarly-situated Under 29 U.S.C. 216(B),

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida limited
liability company, EULEN AMERICA, INC.,
and LIVAN ACOSTA,

    Defendants.
_____/

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

THIS CAUSE came before the Court upon Defendants' Motion for Continuance of Trial ("Motion") [D.E. 49] filed on May 14, 2015.

THE COURT has considered the Motion and the pertinent portions of the record, and being otherwise duly advised in the premises, it is hereby,

Case No. 1:14-cv-24245-RNS

ORDERED AND ADJUDGED that said Motion is GRANTED.

_____

_____.

DONE AND ORDERED in Miami, Miami-Dade County, Florida, on this _____ day of May, 2015.

                                                _____
                                                ROBERT N. SCOLA
                                                U.S. DISTRICT COURT JUDGE

Copies Furnished to:

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorneys for Plaintiffs
300 71st Street
Suite 605
Miami Beach, FL  33141
Zabogado@aol.com
**VIA CM/ECF**

Nicole Wall, Esq.
Cole, Scott & Kissane, P.A.
Attorneys for Defendants
1645 Palm Beach Lakes Blvd.
Second Floor
West Palm Beach, FL  33401
nicole.wall@csklegal.com
**VIA CM/ECF**