```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                 CASE NO:14-24245-CIV-SCOLA/OTAZO-REYES
_____

ISMAEL RODRIGUEZ DIAZ, et al.,
and all others similarly
situated under 29 USC 216 (B),


                    Plaintiffs,

                       -vs-

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida
limited liability company,
EULEN AMERICA, INC., LIVAN ACOSTA,



                    Defendants.
                                                      \
_____


     AT:      300 71 Street
              Suite 605
              Miami Beach, Florida 33141
              Thursday, April 2, 2015
              10:05 a.m.


              DEPOSITION OF LIVAN ACOSTA


         Taken before Rochel Albert, CSR and Notary
Public in and for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above cause.
     DEPO EXPRESS REPORTING, INC. (305) 305-3333
```

```
 1      Q    And I want to try to get through the
 2  deposition as soon as I can.  I am not here to
 3  keep you longer than necessary.  But there is no
 4  arbitration provision in the employee handbook, or
 5  at least the one that we have been provided that
 6  would apply for the relevant time period for this
 7  case.
 8          My question is, when did this idea of an
 9  arbitration agreement, mandatory arbitration
10  agreement, come to be at the company, if it's not
11  in the company handbook?  Tell me how it came to
12  be.  Who spawned the idea?  Who came up with the
13  idea and when was it implemented?
14      A    Well, 2012, somewhere around that time, I
15  know there was some e-mails flying around.  And
16  there's --
17      Q    From where to where?  Who was sending the
18  e-mails?
19      A    It goes to like, for example, one of our
20  outside legal attorneys had that idea.  So I think
21  I don't remember the exact name of the company.
22  But I know the attorney because I dealt with him
23  before.
24      Q    Mark Bueler.
25      A    Mark Bueler.  That was a recommendation by
```

1  claims against the company, then those claims you
2  don't have to put into arbitration? Why wasn't
3  anything like that included?
4      A   I really would not know those things. I
5  trust that -- especially I have a lot of respect
6  for Luis Rodriguez. I know that Cindy is coming
7  from a very strong aviation background in cargo.
8  I will trust their decisions. I keep saying this.
9  I have been doing all my life operations, very
10 operation-oriented person.
11     Q   You basically just trusted Cindy?
12     A   I would trust her decision as a group,
13 especially with consulting the legal department
14 outside the company, things like that, yes.
15     Q   Can you tell me at the company, when a lot
16 arrives or when an attorney's letter arrives that
17 says that a lawsuit is forthcoming, what part of
18 Eulen at the airport in Miami would actually get
19 that information and what would they do with it at
20 that time?
21     A   Usually, it goes to Thaimy, or if Cindy
22 has something directed to me, she will send an
23 e-mail to me, what group and what person is
24 involved in certain aspect of the incident,
25 investigation. And then when we will address it

Case 1:14-cv-24245-RNS   Document 55-8   Entered on FLSD Docket 06/09/2015   Page 4 of 4
26

```
 1    sometime.  It will come directly from our
 2    attorneys.
 3            They will ask me, say which employee that
 4    was carrying a passenger, and I will say this
 5    supervisor or manager was involved.  He has what
 6    information, we can provide it in the report.
 7    Things like that.  That is how we operate.
 8       Q    So the general protocol is that I would
 9    assume that the communication of the lawsuit or
10    the pending or the forthcoming lawsuit is sent
11    over to the HR department, correct?
12       A    Yes.  It goes to headquarters, and from
13    headquarters it gets disseminated.
14       Q    It would get to Ms. Cindy Tunon, right?
15       A    Headquarters basically --
16       Q    Is the HR?
17       A    -- is the main office.  Main office.
18       Q    Is right here in Miami, right?
19       A    Yes.  7200.
20       Q    And then Ms. Tunon would get that
21    information, and then normally, she would just
22    pass it on to you to let you know what is going
23    on?
24       A    To Thaimy or to me, and then Thaimy will
25    just ask for help.  Who can help in this case?
```