UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24245-RNS

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E.
MORA YERA, CARLOS ZELAYA, PEDRO
PABLO GALINDO GUTIEREZ, PEDRO
LANTIGUA GOMEZ, JOSE LUIS
CABALLERO, FERNANDO AGUILA, JOSE
ALBERTO RAUDALES, and all others
similarly-situated Under 29 U.S.C. 216(B),

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida limited
liability company, EULEN AMERICA, INC.,
and LIVAN ACOSTA,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND MOTION TO STRIKE DEFENSES**

# EXHIBIT K

**Alison K. Thomas**

**Subject:** FW: SERVICE OF COURT DOCUMENTS, CASE NO.: 14-CV-24245-RNS

**From:** Elizabeth Hueber [mailto:elizabeth.hueber.esq@gmail.com]
**Sent:** Thursday, May 28, 2015 1:45 PM
**To:** Alison K. Thomas
**Cc:** Nicole M. Wall; Susan Hutchinson; Julia Garrett; Steve Fraser; Jhz
**Subject:** Re: SERVICE OF COURT DOCUMENTS, CASE NO.: 14-CV-24245-RNS

Thank you for your response. I accept your response as a refusal to cooperate and will be filing a Motion to Compel.

On Thu, May 28, 2015 at 1:34 PM, Alison K. Thomas <Alison.Thomas@csklegal.com> wrote:

Elizabeth,

Initially, you have failed to advise which specific response numbers Plaintiffs have an issue with. As set forth in the responses, Defendants have already provided the documents that are responsive to Request numbers 1, 2, & 11, and they do not have documents responsive to request number 10. I presume Plaintiffs are not taking issue with those response numbers. If there is an issue, please let me the know the basis for same.

As for request numbers 3-9, they are beyond improper. You state that the requests are specific. However, a review of the wording of the requests, especially in conjunction with subparts, clearly reflects that same are objectionable (overly broad, potentially seeks privileged information, etc.). As such, Defendants' objections are not boilerplate. If you would like to discuss each request number and objection in detail via phone conference, please let me know.

To the extent that Plaintiffs are able to amend the subject requests to bring them into compliance with the Federal Rules of Civil Procedure, Defendants will provide any responsive documents. Should Plaintiffs file a Motion to Compel based on its improper requests, Defendants will be forced to file the appropriate motion.

**From:** Elizabeth Hueber [mailto:elizabeth.hueber.esq@gmail.com]
**Sent:** Tuesday, May 26, 2015 8:18 PM
**To:** Alison K. Thomas
**Cc:** Nicole M. Wall; Susan Hutchinson; Julia Garrett; Steve Fraser; Jhz
**Subject:** Re: SERVICE OF COURT DOCUMENTS, CASE NO.: 14-CV-24245-RNS

Allison:

You provided generic boiler-plate objections (overly broad/irrelevant) for very specific requests about things your clients admitted to having, which are *directly* about the litigation. There is no way that you could win the argument that these responses are appropriate - they are manifestly unreasonable.

Please take another look again at your responses. You or your client have responsive documents (which have not been provided) to every question there; if not, there has been spoliation. If we can't resolve this discovery dispute before Friday, we will be moving to compel and for sanctions.

