# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 14-24245-CIV-SCOLA/OTAZO-REYES

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E. MORA
YEAR, CARLOS ZELAYA, PEDRO PABLO
GALINDO GUTIEREZ, PEDRO LANTIGUA
GOMEZ, JOSE LUIS CABALLERO, FERNANDO
AGUILA, and JOSE ALBERTO RAUDALES,

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC., EULEN AMERICA,
INC., and LIVAN ACOSTA,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiffs Ismael Rodriguez Diaz, Amaury Gonzalez, Yanaris Pena, Lieng Un Rey, Osmar Rodriguez, Jose E. Mora Year, Carlos Zelaya, Pedro Pablo Galindo Gutierez, Pedro Lantigua Gomez, Jose Luis Caballero, Fernando Aguila, and Jose Alberto Raudales' (collectively, "Plaintiffs") Motion to Compel Discovery and Motion to Strike Defenses (hereafter, "Motion to Compel Discovery" and "Motion to Strike Defenses") [D.E. 55]; and Plaintiffs' Motion to Compel Discovery and Motion for Leave for Additional Depositions (hereafter, "Motion for Leave for Additional Depositions") [D.E. 57]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 5]. The undersigned held a hearing on these matters on July 1, 2015. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the Motion to Compel Discovery [D.E. 55] is GRANTED IN PART. By **July 15, 2015** Defendants American Sales and Management Organization, LLC, Eulen America, Inc., and Livan Acosta (collectively, "Defendants") shall produce the documents listed in the Motion to Compel Discovery [D.E. 55 at 5-6]. With regard to the emails of Attorney Mark Beutler, Esq. ("Beutler") in which Beutler suggested the implementation of the mandatory arbitration agreement, the production shall be limited to emails sent by Beutler to Defendants.

It is further

ORDERED AND ADJUDGED that Defendants shall provide to Plaintiffs in the form of an interrogatory answer the reason why Cindy Tunon instructed Thaimy Diaz in September, 2014 to stop requiring employees to sign mandatory arbitration agreements. Defendants may submit their proposed answer, including redactions based on attorney client privilege, for the undersigned's review by **July 15, 2015,**

It is further

ORDERED AND ADJUDGED that the Motion to Strike Defenses [D.E. 55] is DENIED and the Motion for Leave for Additional Depositions [D.E. 57] is DENIED.

The Parties' and Beutler's respective requests for fees relating to the foregoing Motions are DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of July, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
Counsel of Record