ESPERANTE BUILDING
222 LAKEVIEW AVENUE, SUITE 120
WEST PALM BEACH, FLORIDA 33401

TELEPHONE (561) 363-9200
FACSIMILE (561) 683-8977

WEBSITE www.csklegal.com
DIRECT LINE (561) 383-9264
EMAIL alison.thomas@csklegal.com

MIAMI · WEST PALM BEACH · TAMPA · KEY WEST · FT. LAUDERDALE WEST · NAPLES · JACKSONVILLE · ORLANDO · PENSACOLA · BONITA SPRINGS · FT. LAUDERDALE EAST

July 14, 2015

**VIA EMAIL**
J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141

|  |  |  |  |
|---|---|---|---|
| RE: | Claimant | : | **Ismael Rodriguez Diaz, Amaury Gonzalez, Yanaris Pena, Lieng Un Rey, Osmar Rodriguez, Jose E. Mora Yera, Carlos Zelaya, Pedro Pablo Galindo Gutierez, Pedro Lantigua Gomez, Jose Luis Caballero, Fernando Aguila, Jose Alberto Raudales** |
|  | Our Clients | : | **American Sales & Management Organization LLC, Eulen America, Inc., and Livan Acosta** |
|  | Our File No. | : | **0342-0026-00** |

Mr. Zidell:

In compliance with the Court's order dated July 1, 2015 (D.E. 65), attached please find the relevant documents.

Sincerely,

Nicole Wall
Alison Thomas

NW/AT
Enclosures
cc: (via email) Steve Frazer, Elizabeth Hueber, Julia Garrett

I:\0342-0026-00\retaliation matter\correspondence\counsel\counsel 447 (zidell)   re production of documents listed in plaintiffs' motion to compel.docx

**Cindy Tunon**

| | |
|---|---|
| **From:** | Cindy Tunon |
| **Sent:** | Wednesday, February 26, 2014 6:27 PM |
| **To:** | Thaimy Diaz |
| **Cc:** | Livan Acosta |
| **Subject:** | FW: Arbitration Agreement |
| **Attachments:** | Arbitration Agreement (2) Manditory - Spanish FINAL.docx; Arbitration Agreement FAQ's - Spanish FINAL.docx; Arbitration Agreement (2) Manditory.docx; Arbitration Agreement FAQ's.docx |

Thaimy,

Effective Immediately, please add the attached to the new hire paperwork for all employees at MIA.

If you have any questions, please let me know but Livan can bring you up to speed as I am going out of town tomorrow -- maybe I will see you at the airport in the morning.

Thanks,

Cindy

1

**From:** Thaimy Diaz
**Sent:** Monday, March 03, 2014 2:39 PM
**To:** Cindy Tunon
**Cc:** Livan Acosta
**Subject:** RE: Arbitration Agreements

Hello Cindy,

One of them is Miriam Reyes she had an injury not that long ago my understanding was she was litigated. Since then she has been release back to full duty and is back to work, however she said she wanted to review it. Today I spoke with her and she said she had signed and was bringing it tomorrow in the morning.

The other is Celene Medina Calderon, I don't think she is going to sign even with more time, she seemed certain she did not like the idea of signing the document, however she agreed to review it and get back to me.

Regards,


**Thaimy Diaz**
**HR Representative**
**Eulen America**

1

**From:** Cindy Tunon
**Sent:** Monday, March 03, 2014 11:57 AM
**To:** Thaimy Diaz
**Subject:** Arbitration Agreements

Thaimy,

Can you give me an update on the distribution and collecting of signatures?

I heard two employees wanted to take home to review – are these employees we should be concerned about?

Thanks,

Cindy

2

**From:** Thaimy Diaz
**Sent:** Wednesday, March 05, 2014 3:28 PM
**To:** Cindy Tunon
**Subject:** RE: Arbitration Agreements

Hello,

It is being given to all new hires, and was given to all employees who came to the bidding for the Lobby department.
The bid for Support Service is coming up and that will be about 380 employees. After that one we will do Cabin Service.

Regards,

**Thaimy Diaz**
**HR Representative**
**Eulen America**
☎Tel: (305) -869-3290
✉tdiaz@eulenamerica.us

**From:** Cindy Tunon
**Sent:** Wednesday, March 05, 2014 3:19 PM
**To:** Thaimy Diaz
**Subject:** RE: Arbitration Agreements

Why only 59?  How is this being distributed?

**From:** Thaimy Diaz
**Sent:** Wednesday, March 05, 2014 3:16 PM
**To:** Cindy Tunon
**Subject:** RE: Arbitration Agreements

Hello Cindy,

There are a total of 59 signed agreements, and one pending.

Regards,

**Thaimy Diaz**
**HR Representative**
**Eulen America**
☎Tel: (305) -869-3290
✉tdiaz@eulenamerica.us

**From:** Cindy Tunon
**Sent:** Wednesday, March 05, 2014 2:31 PM
**To:** Thaimy Diaz
**Subject:** Arbitration Agreements

How many have we gotten signed?

**From:** Thaimy Diaz
**Sent:** Wednesday, April 02, 2014 4:35 PM
**To:** Cindy Tunon
**Cc:** Livan Acosta
**Subject:** Arbitration Agreement Update

Hello Cindy,

We previously had 58 signed agreements from Lobby (Special Service) when their bid took place. Two employees had said no to signing,
one of them is Miriam Reyes, and the other was Celene Medina Calderon. Both have since signed the document so we have 60 agreements.

From the Support Service department a total of 86 employees have signed the agreement, as of today no one has refused to sign.
We will continue to call them up to the office as soon as we finish with the tour of duties. Next Friday I will send you another update.

I am wondering what would you like me to do with them should I scan them to you and then file them?

Regards,


**Thaimy Diaz**
**HR Representative**
**Eulen America**
☎ Tel: (305) -869-3290
✉ tdiaz@eulenamerica.us

**From:** Thaimy Diaz
**Sent:** Thursday, March 13, 2014 2:45 PM
**To:** Cindy Tunon
**Cc:** Livan Acosta
**Subject:** RE: Distributino of Arbitration Agreements

Hello Cindy,

I will meet with Livan tomorrow when he is back from his trip and give you an update of where we are and by when we think Support Service could be done.

In the meantime what should I do with the agreements already signed, would you like them filed or sent to you?

Regards,

**Thaimy Diaz**
**HR Representative**
**Eulen America**
☎ Tel: (305) -869-3290
✉ tdiaz@eulenamerica.us

**From:** Cindy Tunon
**Sent:** Wednesday, March 12, 2014 3:25 PM
**To:** Thaimy Diaz
**Subject:** Distributino of Arbitration Agreements

Update?

1

**From:** Thaimy Diaz
**Sent:** Friday, March 14, 2014 4:26 PM
**To:** Cindy Tunon
**Cc:** Livan Acosta; Nedessna Sanchez
**Subject:** RE: Distributino of Arbitration Agreements

Hello Cindy,

I have just spoken to Livan. We will begin with the support Service department on Monday. We will have about 20 per day coming to the office to sign the agreement.
It should be finished then in about a month, that department has about 400 employees.

Please let me know what you would like for me to do with the agreements once the employee's sign it. Should they be filed or sent to headquarters?

I will be sending you weekly updates of all the signatures and how the process is going.


Regards,


Thaimy Diaz
HR Representative
Eulen America
☎ Tel: (305) -869-3290
✉ tdiaz@eulenamerica.us


**From:** Cindy Tunon
**Sent:** Wednesday, March 12, 2014 3:25 PM
**To:** Thaimy Diaz
**Subject:** Distributino of Arbitration Agreements

Update?

1

**From:** Thaimy Diaz
**Sent:** Monday, March 24, 2014 12:10 PM
**To:** Cindy Tunon
**Cc:** Livan Acosta
**Subject:** RE: Distributino of Arbitration Agreements

Hello Cindy,

Update on the Arbitration Agreements, today we stared calling the employees from Support Service, of the 19 that came all have signed the Agreements. I will update at the end of the week with how many we have signed up to date or if anyone refuses to sign.

Regards,

**Thaimy Diaz**
**HR Representative**
**Eulen America**
☎Tel: (305) -869-3290
✉tdiaz@eulenamerica.us

1

## Yasmin Kendrick

| | |
|---|---|
| **From:** | Thaimy Diaz |
| **Sent:** | Thursday, May 29, 2014 1:13 PM |
| **To:** | Ryan Otero; Kirt Gomes; Yasmin Kendrick; Anamary Pedrosa; Luis Falconi; Mario Diaz; Dominguez, Federico (Federico.Dominguez@aa.com) |
| **Cc:** | Livan Acosta; Nedessna Sanchez; Anelys Montejo; Milagro Menjivar |
| **Subject:** | Missing Signatures Updated |
| **Attachments:** | Missing Signatures Updated.xlsx |

**Importance:**     High

Good Afternoon,

Please find attached the update list of the Missing Signatures. These employees need to sign the Seniority and Arbitration agreement Asap.
Either with the documents some of you already have or by sending them upstairs to the office. Whichever applies, please make
a list of the people who refuse to sign, if there are any. If you have any questions please let me know! I really appreciate your help.
If there are any employees in this list that are not here today or Friday, I will be here on Saturday and Sunday at which point they must come
see me to sign, no exceptions.

Regards,

**Thaimy Diaz**
**HR Representative**
**Eulen America**
☎Tel: (305) -869-3290
. ʔtdiaz@eulenamerica.us

1

REDACTED

| | Name | Sen | DOB | Dep Num | Dep Name | Schedule | Days off |
|---|---|---|---|---|---|---|---|
| 1 | Espinoza, Kerstin | 9/18/2007 | Refused | 330335 | AA Cargo Runner | 05:30-14:00 | Thur-Fri-Sat-Sun |
| 2 | Guzman, Julio | 4/1/2004 | Refused | 330335 | AA Cargo Runner | 11:00-19:30 | Thur-Fri-Sat |
| 3 | Moncayo, Caren P | 7/3/2006 | Refused | 330336 | AA Cargo-CSC INPUT | 05:00-22:00 | Mon-Tue-Wed-Thur-Fri |
| 4 | Rodulfo, Lee | 10/16/2012 | Refused | 330336 | AA Cargo-CSC INPUT | 13:30-22:00 | Tue-Wed |
| 5 | Cespedes, Christian P | 4/7/2004 | Refused | 330336 | AA Cargo-CSC INPUT | 13:30-22:00 | Mon-sun |
| 6 | Zepeda, Yara J | 4/19/2010 | Refused | 330336 | AA Cargo-CSC INPUT | No Schedule | |
| 7 | Diaz, Jose O | 2/16/2009 | Refused | 330370 | Support Service W/C | 13:30-17:30 | Wen-Thur |
| 8 | Estrada, Juli | 10/8/2010 | Refused | 330370 | Support Service W/C | 14:00-00:30 | Mon-Tue-Wed |
| 9 | Silva Gomez, Nomar | 5/21/2009 | Refused | 330370 | Support Service W/C | 14:00-18:00 | Mon-Sun |
| 10 | Sedano, Angel A | 3/10/2009 | Refused | 330411 | US Support Service | 15:00-21:30 | Mon-Sun |
| 11 | Boxer, Joan C | 6/19/2013 | Refused | 330465 | AA Baggae Service | 09:45-17:00 | Mon-Tue-Wen |
| 12 | Rashid, Ibrahim | 2/19/2013 | Refused | 330465 | AA Baggae Service | 06:30-15:30 | Wed-Thur |
| 13 | Salmon, Julliet | 10/18/2011 | Refused | 330465 | AA Baggae Service | 19:00-00:00 | Wen-Thur-Fri |
| 14 | Cruz, Noraisy | 1/25/2002 | Refused | 430495 | AA Miscellaneous | No Schedule | |
| 15 | Arbos, Raul | 10/23/2006 | Refused | 630514 | DL Ramp Service | 12:00-19:00 | Mon-Tue-Wen-Sun |
| 16 | Hassan, Sheikh A | 2/25/2008 | Refused | 630514 | DL Ramp Service | 14:00-00:00 | Wen-Thur-Fri-Sat |
| 17 | Martin, Michael A | 10/17/2011 | Refused | 630514 | DL Ramp Service | 12:00-16:30 | Fri-Sat |
| 18 | Ratliff, Jack B | 9/14/2005 | Refused | 630514 | DL Ramp Service | 12:30-20:00 | Tue-Wen-Thur |
| 19 | Anckle, Aquiles A | 9/17/2007 | Refused | 630514 | DL Ramp Service | 12:30-19:30 | Mon-Sun |
| 21 | Silva, Nestor A | 1/22/2013 | Refused | 630514 | DL Ramp Service | 04:30-12:00 | Fri-Sat |
| 22 | Rivera, Carlos F | 10/15/2013 | Refused | 630514 | DL Ramp Service | 06:30-11:00 | Thur-fri |
| 23 | Perry, Oscar R | 2/27/2009 | Refused | 630514 | DL Ramp Service | 06:30-11:00 | Sat-Sun |
| 24 | Costa, Ricardo | 10/22/2007 | Refused | 630514 | DL Ramp Service | 10:30-18:30 | Wen-Thur-Fri-Sat |
| 25 | Rodriguez, Marian H | 10/17/2012 | Refused | 630525 | AA Cabin Service | 08:00-16:00 | Thur-Fri |
| 26 | Lopez Ortega, Yadira | 5/14/2013 | Refused | 630525 | AA Cabin Service | 16:00-00:30 | Fri-Sat |
| 27 | Badran, Ibely | 10/18/2012 | Refused | 630525 | AA Cabin Service | 12:00-20:00 | Mon-Sun |
| 28 | De Las Hoz, Ruben | 4/18/2013 | Refused | 630525 | AA Cabin Service | No Schedule | |
| 29 | Gonzalez Pavon, Luis | 10/18/2012 | Refused | 630525 | AA Cabin Service | 13:30-21:30 | Tue-Wed |
| 30 | Hernandez Suarez, Yordanys | 4/23/2013 | Refused | 630525 | AA Cabin Service | 06:00-14:30 | Fri-Sat |
| 31 | Huerres, Mayra C | 10/22/2012 | Refused | 630525 | AA Cabin Service | 05:00-13:00 | Mon-Tue |
| 32 | Isaac, Carmen | 4/18/2013 | Refused | 630525 | AA Cabin Service | 14:00-22:00 | Mon-Tue |
| 33 | Marchante Lopez, Odalis | 9/4/2012 | Refused | 630525 | AA Cabin Service | 05:00-13:00 | Fri-Sat |
| 34 | Medel, Enrique | 10/17/2012 | Refused | 630525 | AA Cabin Service | 06:00-14:00 | Tue-Wed |

REDACTED

| | | | |
|---|---|---|---|
| 35 | Molina, Audy A | 9/10/2013 |
| 36 | Reyes Hernandez, Elvira | 10/17/2012 |
| 37 | Rodriguez, Rolando A | 10/17/2012 |
| 38 | Salazar, Sandy | 10/18/2012 |
| 39 | Serrano Pantoja, Ricardo | 10/17/2012 |
| 40 | Molina, Reinaldo | 7/27/2012 |
| 42 | Navarrete Sandoval, Rodrigo | 7/11/2013 |
| 43 | Lopez, William | 11/9/2012 |
| 47 | Cabrera, Ivan | 8/22/2007 |

| | | | | |
|---|---|---|---|---|
| Refused | 630525 | AA Cabin Service | 13:30-21:30 | Tue-Wed-Thur |
| Refused | 630525 | AA Cabin Service | 05:00-13:00 | Mon-Tue |
| Refused | 630525 | AA Cabin Service | 12:00-20:00 | Sat-Sun |
| Refused | 630525 | AA Cabin Service | 12:00-20:00 | Mon-Tue |
| Refused | 630525 | AA Cabin Service | 04:00-12:00 | Sat-Sun |
| Refused | 630525 | AA Cabin Service | 05:00-13:00 | Fri-Sat |
| Refused | 630525 | AA Cabin Service | | Mon-Tue-Wen-Thur |
| Refused | 630525 | AA Cabin Service | 05:00-13:00 | Thur-Fri |
| Refused | 630522 | K8/ World Atlantic | 04:00-13:30 | Tue-thur |
| Refused | 630525 | AA Cabin Service | No Schedule | |

| Name | Date | |
|---|---|---|
| Aguila, Fernando | 9/2/2008 | Refused |
| Badran, Ibely | 10/18/2012 | |
| Barrios Arcis, Tania M | 10/17/2012 | |
| De Las Hoz, Ruben | 4/18/2013 | |
| Fernandez Vale, Sergio R | 10/18/2012 | |
| Gamboa, Carlos | 12/9/2010 | 9/2/2014 |
| Gonzalez Pavon, Luis | 10/18/2012 | |
| Gonzalez, Amaury | 1/29/2013 | Refused |
| Gonzalez, Antonio Enrique | 10/18/2012 | |
| Hernandez Suarez, Yordanys | 4/23/2013 | GSE |
| Hernandez, Suyin O | 9/29/2010 | |
| Huerres, Mayra C | 10/22/2012 | |
| Isaac, Carmen | 4/18/2013 | |
| Jean, Herode | 10/22/2012 | |
| Linares Arteaga, Olga L | 10/17/2012 | |
| Lopez Ortega, Yadira | 5/14/2013 | |
| Lopez, William | 11/9/2012 | |
| Marchante Lopez, Odalis | 9/4/2012 | |
| Mascareno Guzman, Reimundo | 1/4/2013 | 9/2/2014 |
| Medel, Enrique | 10/17/2012 | |
| Mercado, Fernando J | 11/1/2012 | |
| Molina, Audy A | 9/10/2013 | |
| Molina, Reinaldo | 7/27/2012 | |
| Mora, Jose E | 1/19/2009 | Refused |
| Navarrete Sandoval, Rodrigo A | 7/11/2013 | |
| Oliva, Alain | 10/22/2012 | |
| Palmero Furgel, Ubaldo L | 10/22/2012 | |
| Pena, Yanaris | 10/18/2012 | Refused |
| Perez Alvarez, Mildrey | 10/22/2012 | |
| Raudales, Jose A | 1/9/2012 | Refused |
| Reyes Hernandez, Elvira | 10/17/2012 | |
| Rizo Sanchez, Ileana | 10/22/2012 | Refused |
| Rodriguez Diaz, Ismael | 10/22/2012 | Refused |
| Rodriguez Llanes, Raul | 10/17/2012 | |
| Rodriguez, Manuel | 10/22/2012 | |
| Rodriguez, Marian H | 10/17/2012 | |
| Rodriguez, Rolando A | 10/17/2012 | |
| Rodriguez, Osmar | | Refused |
| Salazar, Sandy | 10/18/2012 | |
| Serrano Pantoja, Ricardo | 10/17/2012 | |
| Trujillo Triana, Yoan | 11/1/2012 | ? |
| Un Rey, Lieng | 11/1/2012 | Refused |
| Williams, Joseph E | 10/1/2005 | |
| Zelaya, Carlos J | 10/18/2012 | Refused |

REDACTED

REDACTED

| | Name | Date | | Status | Code | Department | Disposition | |
|---|---|---|---|---|---|---|---|---|
| 1 | Alvarado Mejia, Hugo E | 12/19/2010 | | Refused | 630514 | DL Ramp Service | Resigned | AA |
| 2 | Miller, Dwain W | 8/15/2005 | | Refused | 630514 | DL Ramp Service | Resigned effectiv | 9/9/2014 |
| 3 | Gaiter, Walter H | 2/28/2009 | | Refused | 630514 | DL Ramp Service | Resigned | Post Office |
| 4 | Echevarria Pizarro, Juan C | 3/5/2009 | | Refused | 630514 | DL Ramp Service | Resigned | AA |
| 5 | Lantigua Gomez, Pedro | 10/27/2012 | | Refused | 630525 | AA Cabin Service | Terminated | |
| 6 | Ayestaran Bernal, Alain | 7/15/2009 | | Refused | 630525 | AA Cabin Service | Terminated | |
| 7 | Caballero, Jose L | 12/10/2012 | | Refused | 330423 | Hanger Security | Terminated | |
| 8 | Mooney, Nicole L | 10/18/2012 | | Refused | 630525 | AA Cabin Service | Terminated | |
| 9 | Carbonara, Edith J | 12/2/2009 | | Refused | 430495 | AA Miscellaneous | Resigned to accept other work | |
| 10 | Trujillo Triana, Yoan | 11/1/2012 | | Refused | 630525 | AA Cabin Service | Resigned/ Chang | 7/4/2014 |
| 11 | Galindo, Pedro P | 10/17/2012 | | Refused | 630525 | AA Cabin Service | Terminated: uns: | 6/11/2014 |
| 12 | Linares Arteaga, Olga L | 10/17/2012 | | Refused | 630525 | AA Cabin Service | | 9/3/2014 |
| 13 | Pena, Jose A | 4/13/2009 | | Was not here | 630514 | DL Ramp Service | Work Comp- Resigned | |

**Subject:** Refused to Sign
**Attachments:** Book1.xlsx

**From:** Thaimy Diaz
**Sent:** Monday, June 09, 2014 8:18 PM
**To:** Cindy Tunon
**Cc:** Livan Acosta
**Subject:** Refused to Sign

Hello Cindy,

Please find attached the employees who have refused to sign and the ones still pending.

There is a total of 82 employees who refused to sign the agreement.

| | |
|---|---|
| AA Cargo Runner | 2 |
| AA Cargo-CSC INPUT | 4 |
| AA Support Service W/C | 3 |
| US Support Service | 1 |
| AA Baggage Service | 3 |
| AA Miscellaneous | 2 |
| DL Ramp Service | 16 |
| AA Cabin Service | 49 |
| K8/ World Atlantic | 1 |
| Hanger Security | 1 |

There are 9 Pending, either because we have not been able to see them or they asked for more time to review the document.

| | |
|---|---|
| Delta Ramp | 5- Pending |
| Miscellaneous | 1- Has agreed to sign should be done by tomorrow. |
| Security | 2 -Have agreed to sign, days off. Should be signed by tomorrow. |
| Delta Cabin | 1- Pending |

There are also close to 60 employees who have not signed the agreement because they are either in LOA, TL or have problems with the ID and are not currently in the operation.
As they get reinstated they will be given the Arbitration Agreement.

Regards,

Thaimy Diaz
HR Representative
Eulen America
☎Tel: (305) -869-3290
✉tdiaz@eulenamerica

1

| | Name | Sen | | DOB | | Dep Num |
|---|---|---|---|---|---|---|
| 1 | Espinoza, Kerstin | 9/18/2007 | | | Refused | 330335 |
| 2 | Guzman, Julio | 4/1/2004 | | | Refused | 330335 |
| 3 | Moncayo, Caren P | 7/3/2006 | | | Refused | 330336 |
| 4 | Rodulfo, Lee | 10/16/2012 | | | Refused | 330336 |
| 5 | Cespedes, Christian P | 4/7/2004 | | | Refused | 330336 |
| 6 | Zepeda, Yara J | 4/19/2010 | | | Refused | 330336 |
| 7 | Diaz, Jose O | 2/16/2009 | | | Refused | 330370 |
| 8 | Estrada, Juli | 10/8/2010 | | | Refused | 330370 |
| 9 | Silva Gomez, Nomar | 5/21/2009 | | | Refused | 330370 |
| 10 | Sedano, Angel A | 3/10/2009 | | | Refused | 330411 |
| 11 | Boxer, Joan C | 6/19/2013 | | | Refused | 330465 |
| 12 | Rashid, Ibrahim | 2/19/2013 | | | Refused | 330465 |
| 13 | Salmon, Julliet | 10/18/2011 | | | Refused | 330465 |
| 14 | Carbonara, Edith J | 12/2/2009 | | | Refused | 430495 |
| 15 | Cruz, Noraisy | 1/25/2012 | | | Refused | 430495 |
| 16 | Arbos, Raul | 10/23/2006 | | | Refused | 630514 |
| 17 | Hassan, Sheikh A | 2/25/2008 | | | Refused | 630514 |
| 18 | Martin, Michael A | 10/17/2011 | | | Refused | 630514 |
| 19 | Rivas, Ivan R | 5/21/2007 | | | Refused | 630514 |
| 20 | Ratliff, Jack B | 9/14/2005 | | | Refused | 630514 |
| 21 | Kener, Rios | 3/20/2013 | | | Refused | 630514 |
| 22 | Anckle, Aquiles A | 9/17/2007 | | | Refused | 630514 |
| 23 | Miller, Dwain W | 8/15/2005 | | | Refused | 630514 |
| 24 | Monroe, Terrence J | 7/30/2007 | | | Refused | 630514 |
| 25 | Silva, Nestor A | 1/22/2013 | | | Refused | 630514 |
| 26 | Viale, Guliano V | 11/21/2011 | | | Refused | 630514 |
| 27 | Gaiter, Walter H | 2/28/2009 | | | Refused | 630514 |
| 28 | Echevarria Pizarro, Juan C | 3/5/2009 | | | Refused | 630514 |
| 29 | Rivera, Carlos F | 10/15/2013 | | | Refused | 630514 |
| 30 | Perry, Oscar R | 2/27/2009 | | | Refused | 630514 |
| 31 | Costa, Ricardo | 10/22/2007 | | | Refused | 630514 |
| 32 | Zelaya, Carlos J | 10/18/2012 | | | Refused | 630525 |
| 33 | Trujillo Triana, Yoan | 11/1/2012 | | | Refused | 630525 |
| 34 | Rodriguez, Manuel | 10/22/2012 | | | Refused | 630525 |
| 35 | Rodriguez, Marian H | 10/17/2012 | | | Refused | 630525 |
| 36 | Mooney, Nicole L | 10/18/2012 | | | Refused | 630525 |
| 37 | Mercado, Fernando J | 11/1/2012 | | | Refused | 630525 |
| 38 | Lopez Ortega, Yadira | 5/14/2013 | | | Refused | 630525 |
| 39 | Lantigua Gomez, Pedro | 10/27/2012 | | | Refused | 630525 |
| 40 | Jean, Herode | 10/22/2012 | | | Refused | 630525 |
| 41 | Aguila, Fernando | 9/2/2008 | | | Refused | 630525 |
| 42 | Ayestaran Bernal, Alain | 7/15/2009 | | | Refused | 630525 |
| 43 | Badran, Ibely | 10/18/2012 | | | Refused | 630525 |
| 44 | Cardoso, Shiseida | 10/17/2012 | | | Refused | 630525 |
| 45 | De Las Hoz, Ruben | 4/18/2013 | | | Refused | 630525 |

REDACTED

| | | | | |
|---|---|---|---|---|
| 46 | Fernandez Vale, Sergio R | 10/18/2012 | Refused | 630525 |
| 47 | Galindo, Pedro P | 10/17/2012 | Refused | 630525 |
| 48 | Gonzalez Pavon, Luis | 10/18/2012 | Refused | 630525 |
| 49 | Gonzalez, Amaury | 1/29/2013 | Refused | 630525 |
| 50 | Gonzalez, Antonio Enrique | 10/18/2012 | Refused | 630525 |
| 51 | Hernandez Suarez, Yordanys | 4/23/2013 | Refused | 630525 |
| 52 | Hernandez, Suyin O | 9/29/2010 | Refused | 630525 |
| 53 | Huerres, Mayra C | 10/22/2012 | Refused | 630525 |
| 54 | Isaac, Carmen | 4/18/2013 | Refused | 630525 |
| 55 | Linares Arteaga, Olga L | 10/17/2012 | Refused | 630525 |
| 56 | Marchante Lopez, Odalis | 9/4/2012 | Refused | 630525 |
| 57 | Mascareno Guzman, Reimundo | 1/4/2013 | Refused | 630525 |
| 58 | Medel, Enrique | 10/17/2012 | Refused | 630525 |
| 59 | Molina, Audy A | 9/10/2013 | Refused | 630525 |
| 60 | Mora, Jose E | 1/19/2009 | Refused | 630525 |
| 61 | Oliva, Alain | 10/22/2012 | Refused | 630525 |
| 62 | Pena, Yanaris | 10/18/2012 | Refused | 630525 |
| 63 | Reyes Hernandez, Elvira | 10/17/2012 | Refused | 630525 |
| 64 | Rodriguez, Rolando A | 10/17/2012 | Refused | 630525 |
| 65 | Salazar, Sandy | 10/18/2012 | Refused | 630525 |
| 66 | Serrano Pantoja, Ricardo | 10/17/2012 | Refused | 630525 |
| 67 | Williams, Joseph E | 10/1/2005 | Refused | 630525 |
| 68 | Molina, Reinaldo | 7/27/2012 | Refused | 630525 |
| 69 | Un Rey, Lieng | 11/1/2012 | Refused | 630525 |
| 70 | Rizo Sanchez, Ileana | 10/27/2012 | Refused | 630525 |
| 71 | Palmero Furgel, Ubaldo L | 10/22/2012 | Refused | 630525 |
| 72 | Gamboa, Carlos | 12/9/2010 | Refused | 630525 |
| 73 | Raudales, Jose A | 11/9/2012 | Refused | 630525 |
| 74 | Navarrete Sandoval, Rodrigo A | 7/11/2013 | Refused | 630525 |
| 75 | Lopez, William | 11/9/2012 | Refused | 630525 |
| 76 | Rodriguez Diaz, Ismael | 10/22/2012 | Refused | 630525 |
| 77 | Rodriguez Llanes, Raul | 10/17/2012 | Refused | 630525 |
| 78 | Barrios Arcis, Tania M | 10/17/2012 | Refused | 630525 |
| 79 | Jorge Roque, Katia | 10/22/2012 | Refused | 630525 |
| 80 | Perez Alvarez, Mildrey | 10/22/2012 | Refused | 630525 |
| 81 | Cabrera, Ivan | 8/22/2007 | Refused | 630522 |
| 82 | Caballero, Jose L | 12/10/2012 | Refused | 330423 |

REDACTED

| Dep Name | Schedule | Days off |
|---|---|---|
| AA Cargo Runner | 05:30-14:00 | Thur-Fri-Sat-Sun |
| AA Cargo Runner | 11:00-19:30 | Thur-Fri-Sat |
| AA Cargo-CSC INPUT | 05:00-22:00 | Mon-Tue-Wed-Thur-Fri |
| AA Cargo-CSC INPUT | 13:30-22:00 | Tue-Wed |
| AA Cargo-CSC INPUT | 13:30-22:00 | Mon-sun |
| AA Cargo-CSC INPUT | No Schedule | |
| AA Support Service W/C | 13:30-17:30 | Wen-Thur |
| AA Support Service W/C | 14:00-00:30 | Mon-Tue-Wed |
| AA Support Service W/C | 14:00-18:00 | Mon-Sun |
| US Support Service | 15:00-21:30 | Mon-Sun |
| AA Baggae Service | 09:45-17:00 | Mon-Tue-Wen |
| AA Baggae Service | 06:30-15:30 | Wed-Thur |
| AA Baggae Service | 19:00-00:00 | Wen-Thur-Fri |
| AA Miscellaneous | 07:00-11:00 | Sat-Sun |
| AA Miscellaneous | No Schedule | |
| DL Ramp Service | 12:00-19:00 | Mon-Tue-Wen-Sun |
| DL Ramp Service | 14:00-00:00 | Wen-Thur-Fri-Sat |
| DL Ramp Service | 12:00-16:30 | Fri-Sat |
| DL Ramp Service | 04:30-14:00 | Thur-Fri-Sat |
| DL Ramp Service | 12:30-20:00 | Tue-Wen-Thur |
| DL Ramp Service | No Schedule | |
| DL Ramp Service | 12:30-19:30 | Mon-Sun |
| DL Ramp Service | 05:30-13:00 | Mon-Sun |
| DL Ramp Service | 05:00-12:30 | Fri-Sat |
| DL Ramp Service | 04:30-12:00 | Fri-Sat |
| DL Ramp Service | 14:15-20:15 | Sat-Sun |
| DL Ramp Service | 10:00-16:00 | Fri-Sat |
| DL Ramp Service | 05:30-13:00 | Fri-Sat |
| DL Ramp Service | 06:30-11:00 | Thur-fri |
| DL Ramp Service | 06:30-11:00 | Sat-Sun |
| DL Ramp Service | 10:30-18:30 | Wen-Thur-Fri-Sat |
| AA Cabin Service | 08:00-16:00 | Tue-Wen |
| AA Cabin Service | 14:00-22:00 | Mon-Tue |
| AA Cabin Service | 14:00-22:00 | Mon-Sat |
| AA Cabin Service | 08:00-16:00 | Thur-Fri |
| AA Cabin Service | 16:00-00:00 | Wen-Thur |
| AA Cabin Service | 12:00-20:00 | Fri-Sat |
| AA Cabin Service | 16:00-00:30 | Fri-Sat |
| AA Cabin Service | 16:00-00:30 | Fri-Sat |
| AA Cabin Service | 14:00-22:00 | Mon-Tue |
| AA Cabin Service | 12:00-20:00 | Fri-Sat |
| AA Cabin Service | 15:00-23:00 | Sat-Sun |
| AA Cabin Service | 12:00-20:00 | Mon-Sun |
| AA Cabin Service | 07:30-15:30 | Wen-Thur |
| AA Cabin Service | No Schedule | |

| | | |
|---|---|---|
| AA Cabin Service | 07:30-15:30 | Fri-Sat-Sun |
| AA Cabin Service | 16:00-00:30 | Fri-Sat |
| AA Cabin Service | 13:30-21:30 | Tue-Wed |
| AA Cabin Service | 14:00-22:00 | Thur-Fri |
| AA Cabin Service | 14:00-22:00 | Mon-Sun |
| AA Cabin Service | 06:00-14:30 | Fri-Sat |
| AA Cabin Service | 07:30-15:30 | Fri-Sat |
| AA Cabin Service | 05:00-13:00 | Mon-Tue |
| AA Cabin Service | 14:00-22:00 | Mon-Tue |
| AA Cabin Service | 07:30-15:30 | Mon-Sun |
| AA Cabin Service | 05:00-13:00 | Fri-Sat |
| AA Cabin Service | 13:30-21:30 | Thur-Fri |
| AA Cabin Service | 06:00-14:00 | Tue-Wed |
| AA Cabin Service | 13:30-21:30 | Tue-Wed-Thur |
| AA Cabin Service | 08:00-16:00 | Fri-Sat |
| AA Cabin Service | 14:00-22:30 | Fri-Sat |
| AA Cabin Service | 08:00-16:00 | Tue-Wed |
| AA Cabin Service | 05:00-13:00 | Mon-Tue |
| AA Cabin Service | 12:00-20:00 | Sat-Sun |
| AA Cabin Service | 12:00-20:00 | Mon-Tue |
| AA Cabin Service | 04:00-12:00 | Sat-Sun |
| AA Cabin Service | No Schedule | |
| AA Cabin Service | 05:00-13:00 | Fri-Sat |
| AA Cabin Service | 08:00-16:00 | Tue-Wen |
| AA Cabin Service | 14:00-22:00 | Thur-Fri |
| AA Cabin Service | 13:30-21:30 | Thur-Fri-Sat |
| AA Cabin Service | 03:30-13:30 | Wen-Thur-Fri |
| AA Cabin Service | 14:00-22:00 | Thur-Fri |
| AA Cabin Service | No Schedule | Mon-Tue-Wen-Thur |
| AA Cabin Service | 05:00-13:00 | Thur-Fri |
| AA Cabin Service | 14:00-22:00 | Thur-Fri |
| AA Cabin Service | 12:00-20:00 | Fri-Sat |
| AA Cabin Service | 12:00-20:00 | Fri-Sat |
| AA Cabin Service | 12:00-20:00 | Fri-Sat |
| AA Cabin Service | 12:00-20:00 | Wed-Thur |
| K8/ World Atlantic | 04:00-13:30 | Tue-thur |
| Hanger Security | 06:00-14:30 | Tue-Wen-Thur |

**From:** Yasmin Kendrick
**Sent:** Wednesday, August 27, 2014 12:33 PM
**To:** Thaimy Diaz; Alberto Mirabal
**Cc:** Anelys Montejo
**Subject:** RE: Need to See

Anelys please follow up

Sent from my Samsung Galaxy S®4

-------- Original message --------
From: Thaimy Diaz <tdiaz@eulenamerica.us>
Date: 08/27/2014 12:04 PM (GMT-05:00)
To: Yasmin Kendrick <ykendrick@eulenamerica.us>,Alberto Mirabal
<amirabal@eulenamerica.us>
Cc: Anelys Montejo <anmontejo@eulenamerica.us>
Subject: Need to See

Hello,

As per Livan's Instructions I will need to see the following employees immediately. Please start sending them upstairs, depending on their schedule.
It is very important please follow up.

| | |
|---|---|
| Zelaya, Carlos J | 10/18/2012 |
| Trujillo Triana, Yoan | 11/1/2012 |
| Rodriguez, Manuel | 10/22/2012 |
| Rodriguez, Marian H | 10/17/2012 |
| Mercado, Fernando J | 11/1/2012 |
| Lopez Ortega, Yadira | 5/14/2013 |
| Jean, Herode | 10/22/2012 |
| Aguila, Fernando | 9/2/2008 |
| Badran, Ibely | 10/18/2012 |
| De Las Hoz, Ruben | 4/18/2013 |
| Fernandez Vale, Sergio R | 10/18/2012 |
| Gonzalez Pavon, Luis | 10/18/2012 |
| Gonzalez, Amaury | 1/29/2013 |
| Gonzalez, Antonio Enrique | 10/18/2012 |
| Hernandez Suarez, Yordanys | 4/23/2013 |
| Hernandez, Suyin O | 9/29/2010 |
| Huerres, Mayra C | 10/22/2012 |

REDACTED

| | |
|---|---|
| Isaac, Carmen | 4/18/2013 |
| Linares Arteaga, Olga L | 10/17/2012 |
| Marchante Lopez, Odalis | 9/4/2012 |
| Mascareno Guzman, Reimundo | 1/4/2013 |
| Medel, Enrique | 10/17/2012 |
| Molina, Audy A | 9/10/2013 |
| Mora, Jose E | 1/19/2009 |
| Oliva, Alain | 10/22/2012 |
| Pena, Yanaris | 10/18/2012 |
| Reyes Hernandez, Elvira | 10/17/2012 |
| Rodriguez, Rolando A | 10/17/2012 |
| Salazar, Sandy | 10/18/2012 |
| Serrano Pantoja, Ricardo | 10/17/2012 |
| Williams, Joseph E | 10/1/2005 |
| Molina, Reinaldo | 7/27/2012 |
| Un Rey, Lieng | 11/1/2012 |
| Rizo Sanchez, Ileana | 10/27/2012 |
| Palmero Furgel, Ubaldo L | 10/22/2012 |
| Gamboa, Carlos | 12/9/2010 |
| Raudales, Jose A | 11/9/2012 |
| Navarrete Sandoval, Rodrigo A | 7/11/2013 |
| Lopez, William | 11/9/2012 |
| Rodriguez Diaz, Ismael | 10/22/2012 |
| Rodriguez Llanes, Raul | 10/17/2012 |
| Barrios Arcis, Tania M | 10/17/2012 |
| Perez Alvarez, Mildrey | 10/22/2012 |

REDACTED

Regards,

**Thaimy Diaz**
**HR Representative**
**Eulen America**
☎Tel: (305) -869-3290
✉tdiaz@eulenamerica.us

**From:** Anamary Pedrosa
**Sent:** Thursday, May 29, 2014 9:10 PM
**To:** Thaimy Diaz
**Subject:** RE: Missing Signatures Updated

Thaimy,

I also included the updated Baggage Roster

**From:** Cindy Tunon
**Sent:** Wednesday, September 03, 2014 1:16 PM
**To:** Thaimy Diaz
**Cc:** Livan Acosta
**Subject:** Arbitration Agreements
REDACTED

stop the process at least for taday.

Stand by for further communication.

Thaimy, reply back that you received this email please.

**From:** Kirt Gomes
**Sent:** Monday, June 16, 2014 8:55 AM
**To:** Thaimy Diaz
**Subject:** FW: Delay Report 06-11-14 - SC0

Good morning Thaimy

Livan's instructions were to also terminate these two employees.

If you are available today - can you assist in getting this done

Regards

Kirt Gomes

**Eulen America**

kgomes@eulenamerica.us

**(305) 992-3257**

**"It's the little details that are vital. Little things make big things happen."** *John Wooden*

**From:** Livan Acosta
**Sent:** Thursday, June 12, 2014 11:53 AM
**To:** Kirt Gomes
**Subject:** RE: Delay Report 06-11-14 - SC0

Please call me asap.

Livan

**From:** Kirt Gomes
**Sent:** Thursday, June 12, 2014 9:33 AM
**To:** Livan Acosta
**Subject:** RE: Delay Report 06-11-14 - SC0

Good morning Livan


Please note the following employees were suspended from last night's incident.


Crew Chief Pedro Lantigua

Employee Pedro Galindo


Regards

Kirt Gomes

**Eulen America**

kgomes@eulenamerica.us

**(305) 992-3257**


"It's the little details that are vital. Little things make big things happen." *John Wooden*

---

**From:** Livan Acosta
**Sent:** Thursday, June 12, 2014 8:05 AM
**To:** Kirt Gomes
**Subject:** RE: Delay Report 06-11-14 - SC0

A suspension only, I think this is beyond it. I want for you to call me around 930am to discuss this item.


Livan

**From:** Kirt Gomes
**Sent:** Thursday, June 12, 2014 3:02 AM
**To:** Livan Acosta; Thaimy Diaz; Nedessna Sanchez
**Cc:** Anelys Montejo; Maricela Rafuls
**Subject:** FW: Delay Report 06-11-14 - SC0

Good evening

Please note the following employees were suspended -

Crew Chief Pedro Lantigua

Pedro Galindo

For failing to perform a thorough security search on the aircraft.  An appointment needs to be set up to meet with Livan before returning to work.

Both IDs and keys are in my possession.

Additional details below.

Regards

Kirt Gomes

**Eulen America**

kgomes@eulenamerica.us

(305) 992-3257

"It's the little details that are vital. Little things make big things happen." *John Wooden*

**From:** Kirt Gomes
**Sent:** Thursday, June 12, 2014 3:00 AM
**To:** marilyn.devoe@aa.com; juan.carlos.liscano@aa.com; sharon.viera@aa.com; marvin.ramirez@aa.com; Suzanne.Williamson@aa.com; Laura.Ehrhardt@aa.com
**Cc:** Livan Acosta; Pedro Reus; Marco Salinas; Maria Torres
**Subject:** Delay Report 06-11-14 - SC0

Today 06-11-14 Cabin Service did not incur any Delay Code SV1 or SV2 - however a delay code SC0 for 22 mins was incurred

Inbound flight # 931 from SFO - arrived at 2100 - A/C # 384 - turn to flight # 273 to REC - STD 2325, Gate D22

Cabin service on board at 2130.  Cabin service off at 2215. Security search was completed.

Aircraft was boarded and ready to go for an on time departure. At departure, pilot stated that an item (a pouch with camera equipment) was found on the aircraft, underneath the armrest on seat # 26B. He requested that the passengers on board deplane and new security search to be done. However, the AA Manager on Duty and the chief pilot at the gate spoke to the pilot and they agreed not to deplane the passengers but to get the information of the passenger that was seated in # 26B on the inbound.

Flight departed at 2347 - 22 minutes delay code SC0.

The crew chief and the employee who performed the security search for # 26B were both suspended for failure to perform a thorough security search.

Regards

Kirt Gomes

**Eulen America**

kgomes@eulenamerica.us

**(305) 992-3257**

**"It's the little details that are vital. Little things make big things happen."** *John Wooden*

**Yasmin Kendrick**

**From:**  Merie Villaverde
**Sent:**  Monday, July 14, 2014 12:03 PM
**To:**  Yasmin Kendrick
**Subject:**  Fwd: FW: JOSE CABALLERO

Incident:

Today at the 06:15 the driver of the Mini Bus #1019 Yamel Almaguer reported that the vehicle had a scratch in the right rear, which was not reported by the previous driver, José Caballero.

When Eric questioned Mr. Caballero about the damage, he admitted that the inspection and delivery of the vehicle had not been performed as it is established, and he had not reported the incident. Employee will be suspend for 3 days, without pay, and we will explain again the procedure involved, and where he failed to follow them.

Regards,

**Eric Alvarez**
MIA GSE Manager
Office: 305-269-2735
Cell Phone : 305-321-1783
ealvarez@eulenamerica.us

## Cindy Tunon

| | |
|---|---|
| **From:** | Beutler, Mark J. <MJBeutler@duanemorris.com> |
| **Sent:** | Friday, June 22, 2012 10:47 AM |
| **To:** | Cindy Tunon |
| **Cc:** | Ruiz, Jesenia N. |
| **Subject:** | Jury trial waivers |
| **Attachments:** | jury trial waiver.docx |

Cindy:

You asked me several weeks ago to supply some jury trial waiver language for employees to sign. These are not foolproof, but the law in this part of the country is generally favorable. Juries in Miami are plaintiff friendly and unpredictable. A jury trial waiver may cause a plaintiff's attorney to go fishing elsewhere, or to settle cheap.

The test for enforceability is whether the jury trial waiver is knowing and voluntary. Some effort should be made to ensure that there is minimal heavy handedness. Thus, for example, the agreement should be written in both Spanish and English. Also, the waiver should be contained in a separate agreement and it should be signed by both the employer and the employee.

In your case, the language was particularly tricky because I wanted to make sure that a plaintiff's lawyer could not sidestep the waiver by suing one of the related entities or one of the officers and drop ASM as a defendant.

Regards, MJB



**Mark J. Beutler**
Attorney at Law

Duane Morris LLP
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131-2318
mjbeutler@duanemorris.com

P: +1 305 960 2320
F: +1 305 397 1654
C: +1 703 505 9053

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.