

# SEPARATION REPORT

| | | |
|---|---|---|
| **NAME OF EMPLOYEE:** Un Rey, Lieng | **FILE #:** 3496 | **STATION LOCATION:** MIA |
| **PRESENT JOB TITLE:** CABIN SERVICE AGENT | **LAST 4 DIGITS OF SOCIAL SECURITY NUMBER:** 2347 | |
| **SEPARATION EFFECTIVE** 09-04-2014 | **DATE OF HIRE:** 11/1/2012 | **PAY RATE:** $14.01 | **ELIGIBLE FOR REHIRE:** NO |

## REASON FOR SEPARATION
(check reason for separation in addition to Voluntary or Involuntary)

| VOLUNTARY | ☐ | INVOLUNTARY | X |
|---|---|---|---|
| Change of Residence / Relocation | | Absenteeism and/or Tardiness | |
| Dissatisfaction with Hours | | Discourtesy to Customer / Employee | |
| Dissatisfaction with Wages | | Dishonesty / Theft | |
| Failed to Return from Leave | | Drinking on the Job | |
| Job Abandonment (No Show/No Call) | | Falsified Company Documents | |
| Lack of Transportation | | Insubordination | |
| To Accept Other Work | | Lay Off | |
| To Attend School | | Physically Unable to Perform Job Duties | |
| To Look for Other Employment | | Refused to Follow Instructions | |
| Personal / Family Illness | | Unsatisfactory Alcohol / Drug Test Results | |
| Personal Reasons | | Unsatisfactory Performance | |
| Retirement | | Unsafe Worker | |
| Other Reasons – Please explain | | Violation of Company Policy | |
| | | Other Reasons – Please explain | X |

**DETAILS PERTAINING TO SEPARATION:** EMPLOYEE REFUSED TO SIGN A COMPANY'S MANDATORY AGREEMENT.

Marisela Rafuls
SUPERVISOR (PRINT NAME)

SIGNATURE    DATE 09-04-14

Livan Acosta
COO (PRINT NAME)

SIGNATURE    DATE 09/04/2014

Rev. 12/2011


**EULEN AMERICA**



# SEPARATION REPORT

| | | | |
|---|---|---|---|
| **NAME OF EMPLOYEE:** Yanaris Pena | | **FILE #:** 2929 | **STATION LOCATION:** MIA |
| **PRESENT JOB TITLE:** CABIN SERVICE AGENT | | **LAST 4 DIGITS OF SOCIAL SECURITY NUMBER:** 5009 | |
| **SEPARATION EFFECTIVE** 09-04-2014 | **DATE OF HIRE** 10/18/2012 | **PAY RATE:** $14.01 | **ELIGIBLE FOR REHIRE:** NO |

## REASON FOR SEPARATION
(check reason for separation in addition to Voluntary or Involuntary)

| VOLUNTARY | ☐ | INVOLUNTARY | X |
|---|---|---|---|
| Change of Residence / Relocation | | Absenteeism and/or Tardiness | |
| Dissatisfaction with Hours | | Discourtesy to Customer / Employee | |
| Dissatisfaction with Wages | | Dishonesty / Theft | |
| Failed to Return from Leave | | Drinking on the Job | |
| Job Abandonment (No Show/No Call) | | Falsified Company Documents | |
| Lack of Transportation | | Insubordination | |
| To Accept Other Work | | Lay Off | |
| To Attend School | | Physically Unable to Perform Job Duties | |
| To Look for Other Employment | | Refused to Follow Instructions | |
| Personal / Family Illness | | Unsatisfactory Alcohol / Drug Test Results | |
| Personal Reasons | | Unsatisfactory Performance | |
| Retirement | | Unsafe Worker | |
| Other Reasons – Please explain | | Violation of Company Policy | |
| | | Other Reasons – Please explain | X |

**DETAILS PERTAINING TO SEPARATION:** EMPLOYEE REFUSED TO SIGN A COMPANY'S MANDATORY AGREEMENT..

Marisela Rafuls
SUPERVISOR (PRINT NAME)        SIGNATURE        DATE 09-04-14

Livan Acosta
COO (PRINT NAME)        SIGNATURE        DATE 09/04/2014

Rev. 12/2011

**EULEN AMERICA**

# SEPARATION REPORT

| | |
|---|---|
| **NAME OF EMPLOYEE:** Carlos Zelaya | **FILE #:** 3010     **STATION LOCATION:** MIA |
| **PRESENT JOB TITLE:** CABIN SERVICE AGENT | **LAST 4 DIGITS OF SOCIAL SECURITY NUMBER:** 1400 |
| **SEPARATION EFFECTIVE:** 09-04-2014    **DATE OF HIRE:** 10/18/2012 | **PAY RATE:** $14.01    **ELIGIBLE FOR REHIRE:** NO |

## REASON FOR SEPARATION
(check reason for separation in addition to Voluntary or Involuntary)

| VOLUNTARY [ ] | INVOLUNTARY [X] |
|---|---|
| Change of Residence / Relocation | Absenteeism and/or Tardiness |
| Dissatisfaction with Hours | Discourtesy to Customer / Employee |
| Dissatisfaction with Wages | Dishonesty / Theft |
| Failed to Return from Leave | Drinking on the Job |
| Job Abandonment (No Show/No Call) | Falsified Company Documents |
| Lack of Transportation | Insubordination |
| To Accept Other Work | Lay Off |
| To Attend School | Physically Unable to Perform Job Duties |
| To Look for Other Employment | Refused to Follow Instructions |
| Personal / Family Illness | Unsatisfactory Alcohol / Drug Test Results |
| Personal Reasons | Unsatisfactory Performance |
| Retirement | Unsafe Worker |
| Other Reasons – Please explain | Violation of Company Policy |
| | [X] Other Reasons – Please explain |

**DETAILS PERTAINING TO SEPARATION:** EMPLOYEE REFUSED TO SIGN A COMPANY'S MANDATORY AGREEMENT.

Marisela Rafuls
SUPERVISOR (PRINT NAME)

Livan Acosta
COO (PRINT NAME)

SIGNATURE    DATE: 09-04-14

SIGNATURE    DATE: 09/04/2014

Rev. 12/2011



MIAMI-DADE COUNTY, FLORIDA

076437

AVIATION DEPARTMENT
P.O. BOX 025504
MIAMI, FLORIDA 33159
(305) 876-7188

DATE: **09-04-2014**

NAME OF COMPANY: AMERICAN SALES & MGMT (ASMO)

THIS IS TO CERTIFY THAT THE FOLLOWING MDAD BADGE NUMBER(S) ISSUED TO YOUR COMPANY WERE RETURNED TO THE AVIATION DEPARTMENT ON 9-04-14

| BADGE | EMPLOYEE NAME | EXP. DATE |
|---|---|---|
| 1185086 | YANARIS PENA | 06/16 |
| 1171608 | CARLOS ZELAYA | 12/15 |




THANK YOU,
Miami-Dade Aviation Department

SECURITY & ID SECTION REPRESENTATIVE

PATRICIA CARDENAS 116368
Print Name

[signature]
Signature

**By- MORISELA RAFULS
ASMO. SUPERVISOR
1182222**

MIAMI INTERNATIONAL AIRPORT

64.01-35  4/08