UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24245-RNS

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E.
MORA YERA, CARLOS ZELAYA, PEDRO
PABLO GALINDO GUTIEREZ, PEDRO
LANTIGUA GOMEZ, JOSE LUIS
CABALLERO, FERNANDO AGUILA, JOSE
ALBERTO RAUDALES, and all others
similarly-situated Under 29 U.S.C. 216(B),

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida limited
liability company, EULEN AMERICA, INC.,
and LIVAN ACOSTA,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR ORDER TO SHOW CAUSE**

# EXHIBIT B

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                CASE NO:14-24245-CIV-SCOLA/OTAZO-REYES


ISMAEL RODRIGUEZ DIAZ, et al.,
and all others similarly
situated under 29 USC 216 (B),

                    Plaintiffs,
        -vs-
AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida
limited liability company,
EULEN AMERICA, INC., LIVAN ACOSTA,

                    Defendants.
_____\

AT:         300 71 Street
            Suite 605
            Miami Beach, Florida 33141
            Monday, May 11, 2015
            1:15 p.m.

            DEPOSITION OF THAIMY DIAZ

        Taken before Rochel Albert, CSR and Notary
Public in and for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above cause.
        DEPO EXPRESS REPORTING, INC. (305) 305-3333
```

```
APPEARANCES:
    J.H. ZIDELL, Esq.
    LAW OFFICES OF J.H. ZIDELL
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Attorney for Plaintiffs


    NICOLE WALL, ESQ.
    COLE, SCOTT & KISSANE, P.A.
    1645 Palm Beach Laked Boulevard
    2nd Floor
    West Palm Beach, Florida 33401
    Attorney for Defendants

ALSO PRESENT: OSMAR RODRIGUEZ, AMAURI GONZALEZ,
PEDRO GALINDO, LIENG UN, PEDRO LANTIGUA

                I N D E X
WITNESS              EXAMINATION BY         PAGE
THAIMY DIAZ          Mr. Zidell  ..........    3
                     Ms. Wall    ..........  123

EXHIBITS FOR IDENTIFICATION             PAGE
1 - Photo                                102
2 - Photo                                102
3 - Photo                                102
4 - list of individuals                  117
```

Page 3

```
 1            THAIMY DIAZ,
 2      being first duly sworn by the court
 3      reporter, testified as follows:
 4              EXAMINATION
 5  BY MR. ZIDELL:
 6      Q   Please state your full name for the
 7  record.
 8      A   Thaimy Diaz.
 9      Q   Is it Miss or Mrs. Diaz, so I get that
10  straight through the deposition?
11      A   Miss.
12      Q   Okay.  Ms. Diaz.
13          I don't mean to be personal, but what is
14  your date of birth for identification purposes?
15      A   November 18th, 1991.
16      Q   And the last four numbers of your Social?
17      A   2179.
18      Q   Okay.  I want to ask you a few questions
19  about this lawsuit that I am sure you are familiar
20  with, brought by a group of individuals versus
21  Eulen regarding discrimination.  Okay?
22      A   Okay.
23      Q   Did you know all of the individuals in the
24  room here today?
25      A   I recognize most of them.  I don't know
```

Page 4

```
 1  them by name, but I remember their name.  At least
 2  most of them, I recognize them as having been
 3  employed by Eulen.
 4      Q   Where do you work currently?
 5      A   I work at Eulen America, American Sales
 6  and Management.
 7      Q   How long have you worked there?
 8      A   For a little over two years.
 9      Q   When did you start?
10      A   I believe it was April 4th, 2013.
11      Q   Okay.  And so you have just completed
12  about two years there, correct?
13      A   Yes.
14      Q   And what were you hired there to do
15  exactly?
16      A   When I first started, I was hired to do
17  the I.D. processing.
18      Q   Okay.
19      A   Processing renewals and new hires for I.D.
20      Q   And you were working in the HR department?
21      A   The administrative department, not
22  physically HR.  But it's connected.  It was under
23  the supervision of HR.
24      Q   So you were under the supervision of Cindy
25  Tunon?
```

Page 113:

Q    And then was it sometime after that that Mr. Caballero was fired?
     MS. WALL:  Object to the form.
A    It should have been right around that time. If it was not August, it was beginning of September. It was probably around — I think it was before that, actually, that we scheduled the people that were let go for not signing. I think before that, Mr. Caballero was already let go. But I am not 100 percent sure on that. I can't recall at this time.
Q    Had you already been having meetings with employees who didn't sign the arbitration agreement to advise them that they would be fired if they didn't sign it, before or after you met with Mr. Caballero?
A    The same thing. I don't remember exactly. I think it was before we had those meetings. Those meetings took place in only two days, September 2nd and September 3rd. I think his scratch was before that, but I can't recall at this time.
Q    But you had actually gotten instructions from Cindy Tunon, did you not, sometime in mid-August, based on what you told us before, to

Page 114:

actually schedule the meetings with the employees who refused to sign the arbitration agreements to tell them if they didn't sign it they would be fired; is that correct?
     MS. WALL:  Object to the form. Asked and answered.
Q    Isn't that what you said before?
A    That is what I said before.
Q    And it took you about two weeks to get those meetings scheduled after you received those instructions from Cindy Tunon, correct?
A    Around that time. It should have been, right.
Q    I don't know that we have covered this specific question. I don't know. If we did, please excuse me. But it's late in the day at this point. Would you have copies of the e-mails that Cindy Tunon sent you in August to schedule the meetings with the employees from the cabin department who refused to sign the arbitration agreement, to advise them either sign or be fired?
A    I don't think so.
Q    Why not?
A    I don't think that that was through e-mail.

Page 115:

Q    She just told you that?
A    I remember that the one to stop, the one where she said stop for now until further notice, that was definitely an e-mail because I remember her saying, write back that you received this message and understood what —
Q    That happened somewhere around September 2nd or September 3rd of 2014, correct?
A    September 3rd, I believe.
Q    And how many meetings had you had with employees before that date to tell them that they would be fired if they didn't sign the arbitration?
A    We met with those employees only two days. We met September 2nd, because September 1st was a holiday. I don't remember which one. I think it was Labor Day. Then we had September 2nd, we had meetings, and then September 3rd we had meetings.
     On September 3rd, in the afternoon is when she sent that e-mail, stop for now until further notice. I said okay. And she wrote, please write back that you have received this and that you understand. I said, I understand.

Page 116:

That, I definitely remember that it was an e-mail. But I don't think that that first conversation that we had where she said we are going to start calling them in to tell them that this is the final time. Give them that final opportunity to read through it and sign. I don't think that that was through e-mail. If I remember correctly, that wasn't an e-mail.
Q    Based on the best of your recall, you would have gotten that message verbally from Cindy Tunon somewhere in mid-August 2014?
A    Around that time, yes.
Q    Now, how many employees at that time during your September 2nd and September 3rd, 2014 meetings, would you have actually terminated for not signing the arbitration agreement before Cindy Tunon sent you the message to stop those meetings?
A    It was only two days, and some of the people that I interviewed signed and went back to work. I think it was something around 13, 12 or 13. I am not sure of an exact number.
Q    Did Cindy Tunon tell you anything on the afternoon of September 3rd, when she told you to stop firing employees for not signing the

**Page 117**

```
 1    arbitration agreement, about going back and
 2    rescinding the terminations of the ones that you
 3    had fired earlier on September 2nd and
 4    September 3rd?
 5        A    No.
 6        Q    She didn't tell you to take any action
 7    towards them at all?
 8        A    No.
 9        Q    Let me show you what I will mark as the
10    Plaintiffs' fourth exhibit to the deposition.
11    Just ask if you have ever seen this document
12    before.  I want to show it to your counsel first.
13    I know she has seen it before.
14             MS. WALL:  Did you want it marked?
15             MR. ZIDELL:  Yes, as Number 4.  I already
16    put Number 4 on the bottom.
17             (Plaintiffs' Exhibit Number
18         4 was marked by the court reporter and is
19         attached to the end of the transcript.)
20        Q    Go ahead.
21        A    No.
22        Q    What?
23        A    You asked me if I have seen it.
24        Q    Yes.
25             Can you tell me which employees on this
```

**Page 118**

```
 1    list that we are marking as Number 4 would have
 2    been in the 14 or 15 people that you actually did
 3    terminate on September 2nd or September 3rd
 4    for not signing the arbitration agreement?
 5        A    I can tell you more or less.
 6        Q    Just name them out loud, if you would,
 7    please.
 8        A    Okay.
 9        Q    Just put a little check mark by their name
10    to your left.
11        A    I think it was Aguila.
12        Q    Take your time.  Nobody is watching.
13        A    No more room.
14             No.  He was let go for something else.  He
15    resigned.  That is the one I was talking about.  I
16    have Ileana Rizo.  I have I think Osmar Rodriguez.
17    And -- I don't remember a lot of them.  I think,
18    more or less, some of them are here.
19        Q    Can you think of anybody that you did
20    terminate for not signing the arbitration
21    agreement that is not on that list right there
22    that happened September 2nd or September 3rd
23    that you have stated were the two dates where all
24    of this happened?
25        A    Like I said, I am bad with names.  I think
```

**Page 119**

```
 1    it was this lady.  What is her name?  Olga?
 2        Q    Olga Linaris?
 3        A    I am not sure if Linaris was her last
 4    name.  Her name is Olga.  But I'm not sure.  I
 5    think so.  I think that is the name.
 6        Q    You actually terminated her on which date?
 7        A    I think it was on the first day,
 8    September 2nd.
 9        Q    2014?
10        A    Yes.  But I am not sure.  Like I said, a
11    lot of these names don't even -- I know some of
12    them start here.  They were let go for other
13    reasons.  Or resigned.  We have Lopez.  As we
14    said, Pedro Lantigua and Pedro Galindo.  So those
15    people were let go for other reasons, but I can't
16    remember actually everybody that I went through.
17    This one as well.  I am not sure.
18        Q    Let me just read these off on Exhibit
19    Number 4 here.
20             You said that on September 2nd and
21    September 3rd, 2014, before you got a call from
22    Cindy Tunon in the afternoon of September 3rd,
23    that you had terminated about 14 employees during
24    those two days for not signing the arbitration
25    agreement?
```

**Page 120**

```
 1             MS. WALL:  Object to the form.
 2        A    A little less than that.
 3        Q    Twelve, maybe, 11?
 4        A    Probably 12, 12, 13, around there it
 5    should be.
 6        Q    And then Cindy told you to stop those
 7    meetings until further notice, correct?
 8        A    She sent an e-mail.
 9        Q    So the people that you have actually
10    listed from this May 23rd e-mail that is marked
11    as Plaintiffs' Exhibit Number 4, you have marked
12    Fernando Aguilar?
13        A    Uh-huh.
14        Q    Ubaldo Palmero, Ileana D. Rizo?
15        A    Uh-huh.
16        Q    Osmar Rodriguez.  Henry Sepulveda?
17        A    I am not sure.
18        Q    Lieng Un?
19        A    Lieng Un.  That, I remember.
20        Q    Do you recognize her sitting over there?
21        A    Yes.
22        Q    And Carlos Zelaya?
23        A    I think so.
24        Q    And anybody else on this list that you can
25    say that you definitely fired during
```