UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24245-RNS

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E.
MORA YERA, CARLOS ZELAYA, PEDRO
PABLO GALINDO GUTIEREZ, PEDRO
LANTIGUA GOMEZ, JOSE LUIS
CABALLERO, FERNANDO AGUILA, JOSE
ALBERTO RAUDALES, and all others
similarly-situated Under 29 U.S.C. 216(B),

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida limited
liability company, EULEN AMERICA, INC.,
and LIVAN ACOSTA,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**MOTION FOR ORDER TO SHOW CAUSE**

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24245-RNS

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E.
MORA YERA, CARLOS ZELAYA, PEDRO
PABLO GALINDO GUTIEREZ, PEDRO
LANTIGUA GOMEZ, JOSE LUIS
CABALLERO, FERNANDO AGUILA, JOSE
ALBERTO RAUDALES, and all others
similarly-situated Under 29 U.S.C. 216(B),

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida limited
liability company, EULEN AMERICA, INC.,
and LIVAN ACOSTA,

    Defendants.
_____/

## AFFIDAVIT OF THAIMY DIAZ

BEFORE ME, the undersigned authority, appeared THAIMY DIAZ, after being duly sworn deposes and says:

1. I, THAIMY DIAZ, am over eighteen (18) years of age and am under no legal disability.

2. I have personal knowledge of the statements made herein.

3. I am, and at all times material was, employed by Eulen America, Inc. ("Eulen") as Human Resource Representative.

4. Ismael Rodriguez Diaz, Amaury Gonzalez, Yanaris Pena, Lien Un Rey, Osmar Rodriguez, Jose Mora Yera, Carlos Zelaya, Fernando Aguila, and Jose Raudales, worked as airplane cabin cleaners for Eulen at the Miami International Airport on various dates between October 2012 and September 2014. On September 2, 2014 and September 3, 2014, I terminated these employees due to their refusal to sign the company's mandatory arbitration agreement.

Case No. 1:14-cv-24245-RNS

5. On the afternoon of September 3, 2014, I was instructed by Cindy Tunon, Eulen's Human Resources Director, to stop terminating employees who refused to sign the arbitration agreement. Upon receipt of said email on said date, I stopped terminating Eulen employees for refusing to sign the company's arbitration agreement. No Eulen employees were terminated after my receipt of the instruction on the afternoon of September 3, 2014 for refusing to sign the arbitration agreement.

Case No. 1:14-cv-24245-RNS

FURTHER AFFIANT SAYETH NAUGHT

_____
THAIMY DIAZ

STATE OF FLORIDA )
) ss.:
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority, personally appeared THAIMY DIAZ, who being first duly sworn according to law, deposes and says that She executed the foregoing Affidavit and that the representations therein are true and correct to the best of her knowledge and belief.

SWORN TO and SUBSCRIBED TO before me on this _24_ day of _July_, 2015.

Individually Personally Known ✓
Or
Individually Produced Identification _____
Type and Number of Identification Produced _____

_____
Notary Public,
State of _Florida_ at Large
My Commission expires: 4/5/16



Notary Public State of Florida
Lisa Trefois
My Commission EE 156673
Expires 04/05/2016