UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24245-CIV-SCOLA/OTAZO-REYES

ISMAEL RODRIGUEZ DIAZ, AMAURY
GONZALEZ, YANARIS PENA, LIENG UN
REY, OSMAR RODRIGUEZ, JOSE E. MORA
YERA, CARLOS ZELAYA, PEDRO PABLO
GALINDO GUTIEREZ, PEDRO LANTIGUA
GOMEZ, JOSE LUIS CABALLERO, FERNANDO
AGUILA, and JOSE ALBERTO RAUDALES,

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC., EULEN AMERICA,
INC., and LIVAN ACOSTA,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiffs Ismael Rodriguez Diaz, Amaury Gonzalez, Yanaris Pena, Lieng Un Rey, Osmar Rodriguez, Jose E. Mora Yera, Carlos Zelaya, Pedro Pablo Galindo Gutierez, Pedro Lantigua Gomez, Jose Luis Caballero, Fernando Aguila, and Jose Alberto Raudales' (collectively, "Plaintiffs") Motion for Contempt [D.E. 83]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 91]. Upon due consideration, it is

ORDERED AND ADJUDGED that Defendants American Sales and Management Organization, LLC, Eulen America, Inc., and Livan Acosta (collectively, "Defendants") shall submit to the undersigned for *in camera* review the unredacted versions of the Mark Beutler emails that it has produced in redacted form [D.E. 83-1] by close of business on **September 10, 2015**.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of September, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE


cc: United States District Judge Robert N. Scola, Jr.
Counsel of Record