Affidavit of Ismael Rodriguez Diaz, Jose Alberto Raudales, Fernando Aguila, Jose Luis Caballero, Osmar Rodriguez, Pedro Galindo Gutierez, and Yanaris Pena.

1. I am over the age of eighteen and competent to make an affidavit.
2. I requested that the Jaffe Glenn law firm file a claim for violations of overtime law against American Sales and Management Organization, LLC and/or Eulen America, Inc.
3. I understand that the Shavitz Law Group, P.A. ("the Shavitz Firm") took over the case on behalf of the Jaffe Glenn law firm at some point.
4. I understand that the Shavitz Firm asserts that I gave advance authorization for the Shavitz Firm to settle these claims. I now understand that I may have signed something giving this authority, but I did not understand what I was agreeing to at the time I signed any such document. I did not believe I was giving consent, I never intended to give consent, and I do not now give consent for the Shavitz Firm to settle my claims without my explicit knowledge and/or agreement.
5. I understand that the Shavitz Firm also asserts that my claim was already settled. As of today, I am unaware of the particular terms of this settlement. I never agreed to any settlement.
6. To the extent that I have unknowingly granted any authority for the Shavitz Firm or its lawyers to resolve on my behalf any matter, that authority is hereby revoked.
7. Attorneys for the law firm of J.H. Zidell, P.A. prepared this affidavit; however, these attorneys did not request that they represent me. Instead, I chose to ask the attorneys at J.H. Zidell, P.A. to represent me after I was told about the status of this matter. Since I did not want the settlement that was negotiated without my knowledge or consent to be accepted by the Shavitz Firm under the circumstances at hand, I asked the attorneys at J.H. Zidell, P.A. do what they could to reject and stop any settlement of my overtime claim against American Sales and Management Organization, LLC, and/or Eulen America, Inc..
8. I understand and agree to the contents of this affidavit, either because I personally read it myself, or because the entire contents were translated to me in my native language of Spanish.
9. I swear under penalty of perjury that the above is true and correct to the best of my knowledge.

_____  
Ismael Rodriguez Diaz

_____  
Fernando Aguila

_____  
Jose Alberto Raudales

_____  
Jose Luis Caballero

1 of 5

_____  
Osmar Rodriguez

_____  
Pedro Galindo Gutierez

_____  
Yanaris Pena

State of FLORIDA         )
                         )
County of MIAMI-DADE     )

The foregoing instrument was acknowledged before me on this 30th day of June, 2015, by ISMAEL RODRIGUEZ DIAZ, who has produced Driver license as a valid form of identification for these purposes.  (Type of identification)

Notary Stamp:

_____  
Ana M. Bacallao  
Notary Signature

ANA M. BACALLAO  
MY COMMISSION # FF 167276  
EXPIRES: October 9, 2018  
Bonded Thru Notary Public Underwriters

State of FLORIDA         )
                         )
County of MIAMI-DADE     )

The foregoing instrument was acknowledged before me on this 30th day of June, 2015, by JOSE ALBERTO RAUDALES, who has produced Driver License as a valid form of identification for these purposes.  (Type of identification)

Notary Stamp:

_____  
Ana M. Bacallao  
Notary Signature

ANA M. BACALLAO  
MY COMMISSION # FF 167276  
EXPIRES: October 9, 2018  
Bonded Thru Notary Public Underwriters

State of FLORIDA         )
                         )
County of MIAMI-DADE     )

The foregoing instrument was acknowledged before me on this 3rd day of July, 2015, by FERNANDO AGUILA, who has produced Driver license as a valid form of identification for these purposes.  (Type of identification)

Notary Stamp:

ANA M. BACALLAO  
MY COMMISSION # FF 167276  
EXPIRES: October 9, 2018  
Bonded Thru Notary Public Underwriters

_____  
Ana M. Bacallao

2 of 5

Notary Signature

State of FLORIDA     )
                     )
County of MIAMI-DADE )

The foregoing instrument was acknowledged before me on this 29th day of June, 2015, by JOSE LUIS CABALLERO, who has produced Driver license as a valid form of identification for these purposes.
(Type of identification)

Notary Stamp:   ANA M. BACALLAO
                MY COMMISSION # FF 167276
                EXPIRES: October 9, 2018
                Bonded Thru Notary Public Underwriters

_Ana M. Bacallao_
Notary Signature

State of FLORIDA     )
                     )
County of MIAMI-DADE )

The foregoing instrument was acknowledged before me on this 1st day of July 2015, by OSMAR RODRIGUEZ, who has produced Driver license as a valid form of identification for these purposes.
(Type of identification)

Notary Stamp:

_Ana M. Bacallao_
Notary Signature

ANA M. BACALLAO
MY COMMISSION # FF 167276
EXPIRES: October 9, 2018
Bonded Thru Notary Public Underwriters

State of FLORIDA     )
                     )
County of MIAMI-DADE )

The foregoing instrument was acknowledged before me on this 26th day of June, 2015, by PEDRO GALINDO GUTIEREZ, who has produced Driver license as a valid form of identification for these purposes.
(Type of identification)

Notary Stamp:   ANA M. BACALLAO
                MY COMMISSION # FF 167276
                EXPIRES: October 9, 2018
                Bonded Thru Notary Public Underwriters

_Ana M. Bacallao_
Notary Signature

State of FLORIDA            )
                            )
County of MIAMI-DADE        )

The foregoing instrument was acknowledged before me on this 26th day of June, 2015, by YANARIS PENA, who has produced DRIVER license as a valid form of identification for these purposes.
(Type of identification)

Notary Stamp:    [ANA M. BACALLAO — MY COMMISSION # FF 167276 — EXPIRES: October 9, 2018 — Bonded Thru Notary Public Underwriters]

_Ana M. Bacallao_
Notary Signature

### INTERPRETER'S ACKNOWLEDGEMENT

On the 30th of June, 2015, Mary Waller, personally known to me, affirmed that the foregoing was completely and correctly translated for ISMAEL RODRIGUEZ DIAZ, and that he fully understood and affirmed the contents of the foregoing.

Notary Stamp:
(SIGNATURE OF INTERPRETER)

[ANA M. BACALLAO — MY COMMISSION # FF 167276 — EXPIRES: October 9, 2018 — Bonded Thru Notary Public Underwriters]

_Ana M. Bacallao_
_Mary Waller_

### INTERPRETER'S ACKNOWLEDGEMENT

On the 29th of June, 2015, Mary Waller, personally known to me, affirmed that the foregoing was completely and correctly translated for Jose Luis Caballero, and that he fully understood and affirmed the contents of the foregoing.

Notary Stamp:
(SIGNATURE OF INTERPRETER)

_Ana M. Bacallao_
_Mary Waller_

### INTERPRETER'S ACKNOWLEDGEMENT


[ANA M. BACALLAO — MY COMMISSION # FF 167276 — EXPIRES: October 9, 2018 — Bonded Thru Notary Public Underwriters]

On the 1st of July, 2015, Mary Waller, personally known to me, affirmed that the foregoing was completely and correctly translated for Osmar Rodriguez, and that he fully understood and affirmed the contents of the foregoing.

Notary Stamp:
(SIGNATURE OF INTERPRETER)

_Ana M. Bacallao_
_Mary Waller_

ANA M. BACALLAO
MY COMMISSION # FF 167276
EXPIRES: October 9, 2018
Bonded Thru Notary Public Underwriters

**INTERPRETER'S ACKNOWLEDGEMENT**

On the 26th of June, 2015, Mary Waller, personally known to me, affirmed that the foregoing was completely and correctly translated for Yanaris Pena, and that she fully understood and affirmed the contents of the foregoing.

Notary Stamp:
(SIGNATURE OF INTERPRETER)

_Ana M. Bacallao_
_Mary Waller_

ANA M. BACALLAO
MY COMMISSION # FF 167276
EXPIRES: October 9, 2018
Bonded Thru Notary Public Underwriters

**INTERPRETER'S ACKNOWLEDGEMENT**

On the 26th of June, 2015, Mary Waller, personally known to me, affirmed that the foregoing was completely and correctly translated for Pedro Galindo Gutierez, and that he fully understood and affirmed the contents of the foregoing.

Notary Stamp:
(SIGNATURE OF INTERPRETER)

_Ana M. Bacallao_
_Mary Waller_

ANA M. BACALLAO
MY COMMISSION # FF 167276
EXPIRES: October 9, 2018
Bonded Thru Notary Public Underwriters

[Page contains faded/mirrored handwritten signatures and three notary stamps for AMAL BACALLAO, My Commission # FF 162726, Expires: October 9, 2018.]